BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIE JAMES MCNEAL,<br><br>　　　　　　　　Defendant. | CASE NO. 2:16-CR-014 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 11, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for status on March 11, 2016.

2.　By this stipulation, defendant now moves to continue the status conference until April 8, 2016, and to exclude time between March 11, 2016, and April 8, 2016, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes approximately 400 pages of photographs and records relating to the alleged assault and the victim's medical treatment; an additional CD containing medical images; and at least two video recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, review the current charge, conduct investigation and research, and to review discovery in the matter.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 11, 2016 to April 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 9, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  March 9, 2016

/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
WILLIE JAMES McNEAL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 9, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3