Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00014 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION RE STATUS |
| | ) | CONFERENCE AND PROPOSED |
| v. | ) | ORDER |
| | ) | |
| WILLIE MCNEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Amanda Beck, Esq. and Defendant Willie McNeal through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for April 8, 2016 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for May 13, 2016 at 9:00 a.m. in Judge Burrell's Court.  The stipulated continuance is necessary because Defendant Willie McNeal's attorney is still reviewing the discovery.  It is necessary for Defendant's attorney to review the evidence prior to the discussion of a plea agreement.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

1   Time should be excluded from speedy trial calculations from April 8, 2016 through and

2   including May 13, 2016.

3           It is so stipulated.

4   Dated: April 6, 2016                    /s/ Amanda Beck, Esq.

5                                           Amanda Beck, Esq.

6                                           Assistant United States Attorney

7                                           Eastern District of California

8

9                                           /s/ Philip Cozens

10                                          Philip Cozens

11                                          Attorney for Defendant Willie McNeal

12                                          **ORDER**

13          The court, having read and considered the above-stipulation and finding good

14  cause therefore, orders that the Status Conference currently scheduled for April 8, 2016  at 9:00

15  a.m. in Judge Burrell's Court be re-scheduled for May 13, 2016 at 9:00 a.m. in Judge Burrell's

16  Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the

17  court finds the ends of justice outweigh the Defendant's and the  public's interest in a speedy

18  trial.  Time will be excluded from speedy trial calculations from April 8, 2016 through and

19  including May 13, 2016.
20

21  Dated: April 7, 2016

22

23

24                                          _____

25                                          GARLAND E. BURRELL, JR.
                                            Senior United States District Judge

STIPULATION RE STATUS CONFERENCE AND PROPOSED ORDER                    Page 2