BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIE JAMES MCNEAL, <br><br> Defendant. | CASE NO.  2:16-CR-014 GEB <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER <br><br> DATE: May 13, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 13, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until July 29, 2016, and to exclude time between May 13, 2016, and July 29, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 400 pages of photographs and records relating to the alleged assault and the victim's medical treatment; an additional CD containing medical images; and at least two video recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, review the current charge, conduct investigation and research, and to review discovery in the matter.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

//

//

//

//

//

//

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

6
7   Dated:  May 11, 2016                              BENJAMIN B. WAGNER
                                                      United States Attorney

8
9                                                     /s/ AMANDA BECK
                                                      AMANDA BECK
10                                                    Assistant United States Attorney

11
12  Dated:  May 11, 2016                              /s/ PHILIP COZENS
                                                      PHILIP COZENS
13                                                    Counsel for Defendant
                                                      WILLIE JAMES McNEAL

14

15

16

17                              **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED.

19  Dated:  May 12, 2016

20

21  _____

22  GARLAND E. BURRELL, JR.
    Senior United States District Judge

23

24

25

26

27

28