PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE JAMES MCNEAL,<br><br>    Defendant. | CASE NO. 2:16-CR-014-GEB<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING**<br><br>Date: February 17, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Willie James McNeal, on the other hand, through their respective attorneys, that the presently set February 17. 2017, at 9:00 a.m., trial confirmation hearing shall be continued by the Court three weeks to March 10, 2017, at 9:00 a.m., to allow the parties additional time to: (1) discuss and explore whether the case can be resolved short of trial; (2) allow the parties time to finalize the terms of any proposed plea agreement; and (3) allow defense counsel time to explain the ramifications of the plea agreement versus the risks and consequences of proceeding to trial to his client. These tasks are made more difficult because defendant Willie McNeal is incarcerated pretrial and much of the communications between him and his counsel will need to be conducted in person to accomplish these tasks.

    The parties agree and request that the Court find that the failure to grant this requested continuance would deny counsel for defendant reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.  The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation, February 15, 2017, and the March 10, 2017, trial confirmation hearing, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at parties' joint request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  February 15, 2017          /s/ Phil Cozens
                                   _____
                                   PHIL COZENS
                                   Attorney for defendant
                                   WILLIE JAMES McNEAL
                                   (Per telephone authorization)


Dated:  February 15, 2017          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ Samuel Wong
                              By:  _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set February 17, 2017, at 9:00 a.m., trial confirmation hearing shall be continued three weeks to March 10, 2017, at 9:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that the failure to grant this requested continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., within which trial must commence, the time period of February 17, 2017 through March 10, 2017, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because the results from a continuance granted by the Court at the parties' joint request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION & ORDER CONTINUING TCH           3