1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   OWEN ROTH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-014 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER AS TO FEDERAL JURISDICTION |
| v. | COURT: Hon. Garland E. Burrell, Jr. |
| WILLIE JAMES MCNEAL, | |
| Defendant. | |

Plaintiff United States of America and Defendant Willie James McNeal hereby stipulate and agree to the following facts: (1) the Federal Correctional Institution located in Herlong, California, is within the special maritime and territorial jurisdiction of the United States within the meaning of 18 U.S.C. § 113(a)(6); and (2) counsel for the United States may read this stipulation of facts to the jury

/ / /

/ / /

/ / /

STIPULATION AS TO FEDERAL JURISDICTION

1

during the trial of this case.

Dated: April __, 2017        PHILLIP A. TALBERT
                             United States Attorney

                        By:  /s/ OWEN ROTH
                             OWEN ROTH
                             Assistant United States Attorney


Dated: April __, 2017   By:  _____
                             PHILIP COZENS
                             Counsel for Defendant Willie James McNeal


Dated: April __, 2017   By:  _____
                             WILLIE JAMES MCNEAL
                             Defendant

# ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.

It is hereby ORDERED that counsel for the United States may read the parties' stipulation to the jury during trial.

Dated: April 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge