| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SAMUEL WONG<br>OWEN ROTH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-014 GEB |
| Plaintiff, | STIPULATION AND ORDER RE: IMPEACHMENT OF WITNESSES BY USE OF PRIOR CONVICTIONS |
| v. | |
| WILLIE JAMES MCNEAL, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

Plaintiff United States of America and Defendant Willie James McNeal stipulate and agree that only the following prior convictions suffered by McNeal and Timothy Jackson, respectively, may be used by the opposing party to impeach the testifying witness who suffered the prior conviction under Federal Rule of Evidence 609.

In the event McNeal testifies, the United States may attempt to impeach him with certified records of the following convictions: (i) the 2001 Utah state-court convictions for fraud, forgery, and making a false statement, (ii) the 2002 Utah state-court conviction for fraud/false statement, and (iii) the 2007 federal conviction for bank robbery.

///

///

///

STIPULATION AS TO PRIOR CONVICTIONS

1

| | |
|---|---|
| 1 | In the event Jackson testifies, defense counsel may attempt to impeach Jackson with certified records of the following convictions: (i) the 2009 Utah state-court insurance fraud conviction, (ii) the 2014 Utah state-court worker's compensation fraud conviction, and (iii) the 2014 federal conviction for being a felon in possession of a firearm. |

Dated: April 4, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Date: April ___, 2017

By: _____
PHILIP COZENS
Counsel for Defendant Willie James McNeal

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.

It is so ORDERED.

Dated: April 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge