1 PHILLIP A. TALBERT
United States Attorney
2 SAMUEL WONG
OWEN ROTH
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6

Attorneys for Plaintiff
7 United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                 Plaintiff,

13                 v.

14 WILLIE JAMES MCNEAL,

15                 Defendant.

CASE NO. 2:16-CR-014 GEB

STIPULATION AND ORDER AS TO
DR. PRESTON D. WARD

COURT: Hon. Garland E. Burrell, Jr.

16

17      Plaintiff United States of America and Defendant Willie James McNeal hereby stipulate and

18 agree that if called to testify, Dr. Preston Daniel Ward, M.D., would swear under the penalty of perjury

19 and testify as follows:

20      1.     Dr. Ward is medical doctor, and has practiced in the fields of ear/nose/throat –

21 otolaryngology and plastic surgery since 2004. He practices in the area of Salt Lake City, Utah, at Form

22 Medical Spa.

23      2.     Dr. Ward graduated from the University of Utah School of Medicine in 2004, where he

24 was elected to the Alpha Omega Alpha honor society. From 2004 to 2010, he was a resident and a

25 fellow at the University of Michigan.

26      3.     Dr. Ward is affiliated with the Latter Day Saints Hospital, the Primary Children's

27 Hospital, the Riverton Hospital, the Alta View Hospital, the Intermountain Medical Center, St. Mark's

28 Hospital, Lone Peak Hospital, and Cache Valley Hospital. He is double-board certified in

otolaryngology and facial plastic surgery. He is a member of the American Academy of Facial Plastic and Reconstructive Surgeons, the American Board of Otolaryngology Head & Neck Surgery, and the American College of Surgeons. He has served as Director of the University of Utah Facial Nerve Disorders Center, and is an adjunct faculty member of the University of Utah School of Medicine.

4. Dr. Ward's practice includes a full range of facial plastic surgery, including reconstruction of defects following skin-cancer treatment, treatment of facial fractures, congenital deformities, and vascular anomalies.

5. On or about October 28, 2016, Dr. Ward began treating Timothy Jackson. Mr. Jackson presented for evaluation of a nasal obstruction that began after a trauma he suffered as a result of an assault. Mr. Jackson had undergone a prior nasal surgery, and did not have a history of allergies, sinusitis, epistaxis, or obstructive sleep apnea. Mr. Jackson had not had success addressing the nasal obstruction with nasal sprays or oral medication, and had not tried Breathe Right strips.

6. Mr. Jackson underwent a prior nasal surgery by Dr. Paul Ludlow on or about May 27, 2015, but presented with persistent nasal deformity when he was seen by another doctor in October 2015. (Around October 2015, Mr. Jackson moved to the area of Salt Lake City, and so presented to Dr. Ward.) Dr. Ward noted that Mr. Jackson did not present any other issues, such as with his eyes, ears, mouth, throat, or neck. Dr. Ward believes that Mr. Jackson was experiencing these health issues as a result of the injuries he suffered from the assault.

7. Dr. Ward found that Mr. Jackson's obstruction was worse on the right side, and that he suffered from severe congestion / stuffiness; severe blockage / obstruction; and severe difficulty breathing. Mr. Jackson also was having difficulty sleeping and getting enough air through his nose during exercise or exertion. Mr. Jackson's obstruction scored high on the "Nasal Obstruction and Septoplasty Effectiveness Scale," indicating that he was experiencing a significant obstruction.

8. Dr. Ward further found that Mr. Jackson suffered from a nasal obstruction following a known trauma, with contributing factors being (i) a deviated nasal septum, (ii) nasal valve stenosis, and (iii) turbinate hypertrophy. Dr. Ward found that a procedure was necessary to correct these issues and recommended a procedure to reduce the nasal fracture, to correct the deviated septum (a "septoplasty" or "septorhinoplasty"), to correct the stenosis, to resect part of the turbinates, and to reconstruct the raised

scar along the bridge of Mr. Jackson's nose.

9. A deviated nasal septum is a condition in which the bone and cartilage dividing the nasal cavity is off-center or crooked. Nasal valve stenosis is a tightening of the airways in the inner nose, sometimes as a result of prior nasal surgery. And turbinate hypertrophy is an enlargement of the turbinates, which are spongy bone structures in the area of the inner nose.

10. On December 27, 2016, Dr. Ward performed outpatient surgery on Mr. Jackson, in the manner that he had recommended, to help correct the problems that Mr. Jackson was still experiencing. Dr. Ward also addressed the raised scar that had formed across the bridge of Mr. Jackson's nose. In the days following the operation, Mr. Jackson appeared to develop a minor bacterial infection that was treated with medication. About a month after the operation, Mr. Jackson appeared to be healing well, but still had difficulty breathing, particularly on the left side of his face.

By entering into this stipulation, Defendant McNeal consents to the reading of this stipulation to the jury without the opportunity to cross-examine Dr. Ward at trial.

Dated: April 11, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: April 11, 2017

By: _____
PHILIP COZENS
Counsel for Defendant Willie James McNeal

Dated: April 11, 2017

By: _____
WILLIE JAMES MCNEAL

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.

It is hereby ORDERED that counsel for the United States may read the parties' stipulation to the jury during trial.

Dated: April 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AS TO DR. PRESTON D. WARD, M.D.

4