| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | OWEN ROTH |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2772 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-014 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING DATE AND SETTING DATES RELATED TO THE PRESENTENCE INVESTIGATION REPORT |
| v. | |
| WILLIE JAMES MCNEAL, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Willie James McNeal, on the other hand, that the Court enter the parties' stipulation below regarding the new dates for the events listed as an order to provide each party additional time to review the Presentence Investigation Report ("PSR"), lodge objections, file sentencing memoranda, and file any responses to the opposing parties' court filings in lieu of the currently set dates:

///

///

///

1

1   Sentencing hearing :   September 15, 2017, at 9 am.

2   Responses to sentencing memorandum and formal objections to PSR:  September 8, 2017

3   Formal Objections to PSR and filing of sentencing memorandum:   August 18, 2017

4   Final PSR due:  July 28, 2017

5   Informal objections to draft PSR:  July 14, 2017

6   Draft PSR to be disclosed:  June 30, 2017

PHILLIP A. TALBERT
United States Attorney

Dated: July 11, 2017

By:   */s/ Samuel Wong*
      */s/ Owen Roth*
      SAMUEL WONG
      OWEN ROTH
      Assistant United States Attorneys

Dated: July 11, 2017        By:   */s/ Philip Cozens*

PHILIP COZENS
Attorney for defendant
Willie James McNeal

-------------------------------------------------------------------------

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

It is so ORDERED.

Dated:  July 11, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2