UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIE JAMES MCNEAL,<br><br>        Defendant. | No. 2:16-cr-00014 WBS<br><br>ORDER OF REFERRAL |

----oo0oo----

        Defendant's December 10, 2020 filing (Docket No. 97) is hereby REFERRED to a Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

        IT IS SO ORDERED.

Dated:  January 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1