IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff/Respondent,<br><br>      v.<br><br>WILLIE JAMES MCNEAL,<br><br>                  Defendant/Movant. | Case No. 2:16-cr-0014 WBS DB P<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

On April 19, 2021, respondent requested a 90-day extension of time to file its response or opposition to defendant McNeal's pro se amended petition, styled as "Notice re Sentence." (ECF No. 97.)

Good cause shown, IT IS HEREBY ORDERED Respondent's request for a 90-day extension is granted. The response is now due July 20, 2021.

Dated: April 22, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
Orders/Prisoner.Habeas/mcne0014.eot.resp