UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WILLIE JAMES MCNEAL,<br><br>Movant. | No. 2:16-cr-0014 WBS DB<br><br><br><br>ORDER |

Movant requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in a proceeding under 28 U.S.C. § 2255. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

////
////
////
////
////
////

1 | Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of
2 | counsel (ECF No. 105) is denied without prejudice to a renewal at a later stage of the
3 | proceedings.

Dated: May 24, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
mcne0014.207